UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

June 24, 2026

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH ALPHE CHAUVIN

Defendant.

Case No.  6:19-mj-0082 CKD

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JOSEPH ALPHE CHAUVIN

Case No.  6:19-mj-0082 CKD  Charges 18 USC § 3606 from custody for the

following reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

_____    Unsecured Appearance Bond $ _____

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

___X___    (Other): TIME SERVED. RELEASED FORTHWITH.

Issued at Sacramento, California on June 24, 2026 at 2:30 PM

By:    /s/ Carolyn K. Delaney_____

Chief Magistrate Judge Carolyn K. Delaney